IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10799
Summary Calendar

_____

ROGER EUGENE VOWELL,

Plaintiff-Appellant,

v.

AMY MARTINI, Case Worker;
LINDA WRIGHT, Supervisor;
CATHY STOCKTON, Head Supervisor,
Child Protective Services,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CV-220-A)
_____

December 26, 1996

Before KING, GARWOOD, and DENNIS, Circuit Judges

PER CURIAM:[*]

Roger Eugene Vowell, Texas prisoner #1024144, appeals the
district court's dismissal of his 42 U.S.C. § 1983 action for lack
of jurisdiction.  Vowell raises the same claims that he raised in
his original complaint and does not identify any error in the
district court's dismissal of his § 1983 action for lack of
jurisdiction.  Because Vowell's brief is insufficient to preserve
any issues for appeal, Vowell's appeal is DISMISSED.  See 5th Cir.
R. 42.3.2; Brinkmann v. Dallas County Deputy Sheriff Abner, 813

_____

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

F.2d 744, 748 (5th Cir. 1987).

APPEAL DISMISSED.